IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICKI SHERIDAN, | **4:18CV3089** |
| Plaintiff, | |
| vs. | **ORDER** |
| KUHNS KARE, INC., | |
| Defendant. | |

IT IS ORDERED that the motion to substitute, (Filing No. 28), is granted, and Jeanelle R. Lust, Carly L. Bahramzad, and Sydney C. Aase are hereby withdrawn as counsel of record for Defendant.

November 17, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge