IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| VICKI SHERIDAN, | |
|---|---|
| Plaintiff, | **4:18CV3089** |
| vs. | |
| KUHNS KARE, INC., | **ORDER** |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED that the deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is extended to February 21, 2019.

November 27, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge