IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICKI SHERIDAN, | ) | Civil Action No.: 4:18-cv-03089-JMG-CRZ |
| Plaintiff, | ) | **AMENDED PROGRESSION ORDER** |
| v. | ) | |
| KUHNS KARE, INC., d/b/a HOME INSTEAD SENIOR CARE, | ) | |
| Defendant. | ) | |

The parties have filed a joint motion to extend certain deadlines (Filing No. 119).

Accordingly,

IT IS SO ORDERED that the progression order is amended as follows:

1. The deadline for completing written discovery and depositions under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is January 10, 2020.

2. The deadline for filing Motions to compel discovery under rules 33, 34, and 36 is January 20, 2020.

3. The deadline for filing motions for summary judgment and motions to dismiss is February 19, 2020.

Dated this 16th day of December, 2019.

BY THE COURT:

_____
United States Magistrate Judge

1