IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| VICKI SHERIDAN, | |
|---|---|
| Plaintiff, | **4:18CV3089** |
| vs. | |
| KUHNS KARE, INC., and NEBRASKA DEPARTMENT OF LABOR, | **ORDER** |
| Defendants. | |

IT IS ORDERED:

1. All progression deadlines shall be stayed pending the scheduled settlement conference.

2. The pending motions to compel (Filing Nos. 130-142) shall be stayed pending the scheduled settlement conference.

Dated this 24th day of January, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge