IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICKI SHERIDAN,<br><br>            Plaintiff,<br><br>vs.<br><br>KUHNS KARE, INC., and NEBRASKA DEPARTMENT OF LABOR,<br><br>            Defendants. | 4:18CV3089<br><br>ORDER |

After conferring with counsel,

    IT IS ORDERED:

    1)    The settlement conference set for March 5, 2020 at 1:00 p.m. before the undersigned magistrate judge is continued pending further order of the court.

    2)    The parties are directed to meet and confer and to propose a mutually agreeable date on which to reset the settlement conference. The parties are further directed to use all reasonable efforts to select a date during the week of March 30, 2020.

    3)    In the time intervening—between the date of this order and the date of the rescheduled conference—the plaintiff shall respond to the defendant's pending offer to settle.

    4)    At least one (1) business day prior to the rescheduled settlement conference, each party shall provide to the court a succinct, three (3) paragraph supplement to its previous settlement conference statement, outlining any changes to its previous settlement position. The court will review the terms set forth in the supplemental statements and determine whether a telephone conference will be necessary in advance of the conference, or if the parties' respective settlement positions are so divergent that it appears further discussion toward settlement will be futile.

    Dated this 4th day of March, 2020.

                                                                               BY THE COURT:

                                                                               *s/ Cheryl R. Zwart*<br>
                                                                               United States Magistrate Judge